# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>MCAULIFFE, STEVEN J. | 2. Court or Organization<br><br>U.S. DISTRICT COURT - N.H. | 3. Date of Report<br><br>05/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>WARREN B. RUDMAN COURTHOUSE<br>55 PLEASANT STREET, ROOM 416<br>CONCORD, N.H. 03301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Fellow | New Hampshire Bar Foundation |
| 2. Director | Challenger Center for Space Science Education |
| 3. Trustee | Trust #1 |
| 4. Shareholder (50 percent) | Pleasant Lake Air, Inc., LLC |
| 5. Partner | Pinchers' Investment Group (Neighborhood Investment Club) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**McAuliffe, Steven J.**

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. NOW Acct Merrimack Cty. Savings Bank | A | Interest | J | T | | | | | |
| 2. IRA American Funds: Inv Co of America | B | Dividend | L | T | | | | | |
| 3. IRA American Funds: Wash Mut. Inv Fund | A | Dividend | J | T | | | | | |
| 4. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 5. UBS Retirement Money Fund | A | Interest | J | T | | | | | |
| 6. IRA Franklin Templeton For. Fund | B | Dividend | L | T | | | | | |
| 7. Pinchers' Investment Group Ptnshp Share (See Part VIII) | A | Dividend | J | T | | | | | |
| 8. -Dentsply Intnl Inc. | | | | | | | | | |
| 9. -Air Products & Chem. | | | | | | | | | |
| 10. -Whiting Petroleum Corp. | | | | | Sold | 06/06/10 | J | A | Mkt |
| 11. -Diageo (DEO) | | | | | | | | | |
| 12. -BHP Billiton Ltd ADR | | | | | | | | | |
| 13. -Gilead Sciences Inc. | | | | | | | | | |
| 14. -Quest Diagnostics | | | | | | | | | |
| 15. -Suntech Power Hldgs. | | | | | Sold | 06/11/10 | J | A | Mkt |
| 16. -CDN Natl Rwy Co. | | | | | | | | | |
| 17. -El Paso Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -3M Co. | | | | | | | | | |
| 19. -Apple (AAPL) | | | | | | | | | |
| 20. -Ford Motor Co. | | | | | | | | | |
| 21. -FLIR Systems | | | | | | | | | |
| 22. -FSUMF | | | | | Sold | 06/11/10 | J | A | Mkt |
| 23. -Terrex Corp. | | | | | Sold | 03/12/10 | J | A | Mkt |
| 24. -Activision BLZ Inc. | | | | | Buy | 10/18/10 | J | | Mkt |
| 25. -Atwood Oceanics Inc. | | | | | Buy | 03/12/10 | J | | Mkt |
| 26. -Clarus Corp. | | | | | Buy | 05/14/10 | J | | Mkt |
| 27. -Coach Inc. | | | | | Buy | 05/14/10 | J | | Mkt |
| 28. -Corning Inc. | | | | | Buy | 05/14/10 | J | | Mkt |
| 29. -Dolby Lab Inc. | | | | | Buy | 10/18/10 | J | | Mkt |
| 30. -General Motors | | | | | Buy | 11/18/10 | J | | Mkt |
| 31. -Hewlett Packard Co. | | | | | Buy | 10/18/10 | J | | Mkt |
| 32. CVS Caremark Corp. | A | Dividend | J | T | | | | | |
| 33. Praxair Inc. | A | Dividend | | | Sold | 02/17/10 | K | D | Mkt |
| 34. IRA I Shares Russell Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Midcap SPDR TR | A | Dividend | K | T | | | | | |
| 36. Fed. Prime MM Fund | A | Dividend | J | T | | | | | |
| 37. Merrimack Cty. Sav. Bk. NOW Acct (2) | B | Interest | M | T | | | | | |
| 38. Thermo Fisher Sci. (TMO) | A | Dividend | J | T | | | | | |
| 39. Enterprise Prods. Ptnrs. | A | Dividend | K | T | | | | | |
| 40. Chesapeake Energy Corp. | A | Dividend | | | Sold | 05/03/10 | J | A | Mkt |
| 41. Kinder Morgan Energy LP | A | Dividend | J | T | | | | | |
| 42. Cisco Systems Inc. | A | Dividend | | | Sold | 05/29/10 | K | B | Mkt |
| 43. Myriad Pharmaceuticals Inc. (Spin Off of Myriad Genetics) | A | Dividend | J | T | | | | | |
| 44. Ishares TR Russell 2000 Index Fund | A | Dividend | J | T | | | | | |
| 45. Ishares TR Russell Midcap Val. Index Fund | A | Dividend | J | T | | | | | |
| 46. Norfolk South. Corp. | A | Dividend | J | T | | | | | |
| 47. Nicholas-Applegate Intnl & Prem. | A | Dividend | | | Sold | 03/01/10 | J | A | Mkt |
| 48. IRA Ishares Russell Mid-cap | A | Dividend | K | T | | | | | |
| 49. IRA Saytem Comp. Svcs. | A | Dividend | J | T | | | | | |
| 50. Ishares Trust Russell Midcap Growth Index Fund | A | Dividend | J | T | | | | | |
| 51. McDonald's Corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. McDonald's Corp. | A | Dividend | K | T | | | | | |
| 53. Apple Inc. | A | Dividend | K | T | | | | | |
| 54. Johnson & Johnson Inc. | A | Dividend | K | T | | | | | |
| 55. Deere & Co. | A | Dividend | J | T | | | | | |
| 56. Praxair (M) | A | Dividend | | | Sold | 02/17/10 | J | D | Mkt |
| 57. Express Scripts Inc. | A | Dividend | J | T | Sold (part) | 05/03/10 | J | A | Mkt |
| 58. CR Bard Inc. | A | Dividend | | | Sold | 05/03/10 | J | A | Mkt |
| 59. Colgate-Palmolive Co. | A | Dividend | J | T | | | | | |
| 60. IBM Corp. | A | Dividend | K | T | | | | | |
| 61. Northern Trust Prime Obligation Fund 9/1 | A | Dividend | J | T | | | | | |
| 62. Simon PPTY Group Inc. | A | Dividend | J | T | | | | | |
| 63. Intel Corp. | A | Dividend | | | Sold | 05/25/10 | K | D | Mkt |
| 64. Becton Dickinson | B | Dividend | L | T | | | | | |
| 65. 3M Co. | B | Dividend | L | T | Sold (part) | 02/17/10 | K | C | Mkt |
| 66. STHN Cmnty B&T NC US | A | Interest | L | T | | | | | |
| 67. Fla. St. Brd Ed. Pub. Ed. Cap. | A | Interest | K | T | | | | | |
| 68. Toyota Fin. Sve. Bk NV US | A | Interest | | | Sold | 01/21/10 | L | A | Mkt |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Huntington NAR Bk. OH US | B | Dividend | L | T | | | | | |
| 70. IShares IBoxx Invt Gra. DE Corp. Bond Fund | A | Dividend | K | T | | | | | |
| 71. Tenn. St. Ser. A | A | Interest | K | T | | | | | |
| 72. Fairfax Cty. VA Pub. Ser. A | A | Interest | K | T | | | | | |
| 73. Autoliv Inc. | A | Dividend | K | T | | | | | |
| 74. Smucker JM Co. New | A | Dividend | K | T | | | | | |
| 75. First Colebrook Bank | A | Dividend | J | T | | | | | |
| 76. AFLAC Inc. | A | Dividend | J | T | | | | | |
| 77. Danaher Corp. | A | Dividend | J | T | | | | | |
| 78. Goldman Sachs Group Inc. | A | Dividend | J | T | | | | | |
| 79. Google Inc. | A | Dividend | J | T | | | | | |
| 80. J.P. Morgan Chase Co. | A | Dividend | J | T | | | | | |
| 81. Oracle Corp. | A | Dividend | J | T | | | | | |
| 82. Starbucks Corp. | A | Dividend | J | T | | | | | |
| 83. Sysco Corp. | A | Dividend | J | T | | | | | |
| 84. BHP Billiton Ltd. | A | Dividend | J | T | | | | | |
| 85. IShare MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B 1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IShare Trust MSCI Emerging Mkts | A | Dividend | J | T | | | | | |
| 87. NH St. Genl Ob Ser A | A | Interest | K | T | Buy | 01/29/10 | K | | Mkt |
| 88. NH St. Genl Ob B/E OID | A | Interest | J | T | Buy | 01/29/10 | J | | Mkt |
| 89. NH Muni Bond Ser B | A | Interest | K | T | Buy | 01/29/10 | K | | Mkt |
| 90. Templeton Global Income Fund (DELA) | A | Dividend | K | T | Buy | 02/22/10 | J | | Mkt |
| 91. BP PLC ADR [C] | A | Dividend | | | Sold | 06/01/10 | J | A | Mkt |
| 92. Northern Trust Prime Obligation Fund 9/1 [C] | A | Dividend | J | T | | | | | |
| 93. CVS Caremark Corp. [C] | A | Dividend | | | Sold | 06/01/10 | J | A | Mkt |
| 94. Chesapeake Energy [C] | A | Dividend | J | T | | | | | |
| 95. Nicholas-Applegate Intnl & Prem. Str. [C] | A | Dividend | | | Sold | 03/01/10 | J | A | Mkt |
| 96. Johnson & Johnson [C] | A | Dividend | J | T | | | | | |
| 97. Deere & Co. [C] | A | Dividend | K | T | | | | | |
| 98. AFLAC Inc. [C] | A | Dividend | K | T | | | | | |
| 99. Apple Inc. [C] | A | Dividend | K | T | | | | | |
| 100. IBM Corp. [C] | A | Dividend | | | Sold | 05/13/10 | J | A | Mkt |
| 101. McDonald's Corp. [C] | A | Dividend | J | T | | | | | |
| 102. Abbott Labs [C] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Chevron Corp. [C] | A | Dividend | K | T | | | | | |
| 104. Colgate-Palmolive Co. [C] | A | Dividend | J | T | | | | | |
| 105. Danaher Corp. [C] | A | Dividend | K | T | | | | | |
| 106. Dupont E.I. Dem. Co. [C] | A | Dividend | J | T | | | | | |
| 107. Express Scripts Inc. [C] | A | Dividend | J | T | | | | | |
| 108. Goldman Sachs GP Inc. [C] | A | Dividend | J | T | | | | | |
| 109. J.P. Morgan Chase Co. [C] | A | Dividend | J | T | | | | | |
| 110. Nike Inc. [C] | A | Dividend | J | T | | | | | |
| 111. Oracle Corp. [C] | A | Dividend | K | T | | | | | |
| 112. Procter & Gamble Co. [C] | A | Dividend | J | T | | | | | |
| 113. Spectra Energy Corp. [C] | A | Dividend | K | T | | | | | |
| 114. Starbucks Corp. [C] | A | Dividend | K | T | | | | | |
| 115. Sysco Corp. [C] | A | Dividend | J | T | | | | | |
| 116. United Health Group Inc. [C] | A | Dividend | J | T | | | | | |
| 117. United Technologies Corp. [C] | A | Dividend | K | T | | | | | |
| 118. Wells Fargo & Co. [C] | A | Dividend | K | T | | | | | |
| 119. Buffalo Small Cap Fund [C] | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BHP Billiton Ltd. [C] | A | Dividend | J | T | | | | | |
| 121. Transocean Ltd. [C] | A | Dividend | K | T | | | | | |
| 122. IShares Trust MSCI EAFE Index Fund [C] | A | Dividend | J | T | | | | | |
| 123. IShares Trust MSCI Emerging Mkts [C] | A | Interest | J | T | | | | | |
| 124. RMA Tax-Free Fund [K] | A | Interest | J | T | | | | | |
| 125. UBS Pace MM Inv Fund Class P [K] | A | Dividend | J | T | | | | | |
| 126. Am Funds Growth Fund of Am Class F [K] | A | Dividend | J | T | | | | | |
| 127. John Hancock Classic Val Fund Class A [K] | A | Dividend | J | T | | | | | |
| 128. Oppenheimer Main St. Small Cap Fund A [K] | A | Dividend | J | T | | | | | |
| 129. RS Value Fund Class A [K] | A | Dividend | J | T | | | | | |
| 130. Thornburg Intnl Value Fund Class A [K] | A | Dividend | J | T | | | | | |
| 131. DWS Core Fixed Income Fund Class A [K] | A | Dividend | J | T | | | | | |
| 132. F. Templeton Global Bond A [K] | A | Dividend | J | T | | | | | |
| 133. Manager's Bond Fund [K] | A | Dividend | J | T | | | | | |
| 134. Abbott Labs [C] | A | Dividend | J | T | Buy | 05/03/10 | J | | Mkt |
| 135. Prudential Fin. Inc. [C] | A | Dividend | J | T | Buy | 05/03/10 | J | | Mkt |
| 136. United Technologies Corp. [C] | A | Dividend | J | T | Buy | 05/03/10 | J | | Mkt |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  TJX Companies [C] | A | Dividend | J | T | Buy | 05/04/10 | J | | Mkt |
| 138.  Marvell Technology [C] | A | Dividend | J | T | Buy | 05/13/10 | J | | Mkt |
| 139.  S&P 400 Midcap Index [C] | A | Dividend | J | T | Buy | 05/13/10 | J | | Mkt |
| 140.  Marvell Technology [C] | A | Dividend | J | T | Buy | 05/13/10 | J | | Mkt |
| 141.  Citrix Systems [C] | | None | J | T | Buy | 12/01/10 | J | | Mkt |
| 142.  Coach Inc. [C] | | None | J | T | Buy | 12/01/10 | J | | Mkt |
| 143.  Cognizant Technology Solutions [C] | | None | J | T | Buy | 12/01/10 | J | | Mkt |
| 144.  Cummings Inc. [C] | | None | J | T | Buy | 12/01/10 | J | | Mkt |
| 145.  Pace Money Mkt Inv Fund Class P [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |
| 146.  Blackrock Equity Div Fund A [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |
| 147.  Harbor Intnl Fund Inv Class [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |
| 148.  Henderson Global Inv. Intnl Opp Fund A [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |
| 149.  ING Global Real Est Fund Class A [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |
| 150.  John Hancock Lange Cap Equity Fund Class A [C] | A | Dividend | K | T | Buy | 03/05/10 | J | | Mkt |
| 151.  Neuberger Berman Genesis Fund Inv Class [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |
| 152.  Oppenheimer Dev Mkts Fund Class A [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |
| 153.  Royce Premier Fund [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. F. Templeton Global Bond A [C] | A | Interest | J | T | Buy | 03/05/10 | J | | Mkt |
| 155. Pimco Total Return Fund Class A [C] | B | Dividend | K | T | Buy | 03/05/10 | K | | Mkt |
| 156. Wilmington Short/ Intermediate-Term Bond Fund [C] | B | Dividend | K | T | Buy | 03/05/10 | K | | Mkt |
| 157. Aberdeen Equity Long- Short Fund Class A [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |
| 158. JP Morgan Multi-cap Mkt Neutral Fund [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |
| 159. Van Eck Global Hard Assets Fund Class A [C] | A | Dividend | J | T | Buy | 03/05/10 | J | | Mkt |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C 1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I. POSITIONS.

Pleasant Lake Air, Inc., LLC, is a corporation formed to own a Cessna 182 Skylane single engine private airplane. I own a one-half interest in the corporation (and thus the airplane).

PART VI. LIABILITIES.

I own a summer cottage with a former law partner, Edward E. Shumaker, III, as tenants in common, which property is mortgaged in part. That liability is not disclosed since it is secured by real property which is a

PART VII. INVESTMENTS AND TRUSTS.

Trust #1 assets are listed in Part VII, identified by the designation '[c]."

PART VII. INVESTMENTS AND TRUSTS.

Line 7. Pinchers' Investment Group Ptnshp Share (specific holdings noted by " - " below) (investment club - aggregated per suggestion of Committee on Financial Disclosure 6/11/08).

| Name of Person Reporting | Date of Report |
|---|---|
| MCAULIFFE, STEVEN J. | 05/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ STEVEN J. MCAULIFFE

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544